PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:24CR01476

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00174-CDS-DJA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Juan Carlos Hernandez | District of Arizona | U.S. Probation Office |

FILED ✓    RECEIVED
ENTERED    SERVED ON
JUNE 10 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| Dominic W. Lanza | | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/18/2024 | TO 11/17/2027 |

**OFFENSE**
Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(ii), Transportation of an Illegal Alien

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties, employment/education opportunities

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Arizona

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/9/2025
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 16, 2025
Effective Date

_____
Cristina D. Silva, United States District Judge